United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSICA MARIA HERNANDEZ-GARCIA, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. 4:26-cv-01373 |
| | § | |
| v. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § § § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Representing herself, Jessica Maria Hernandez-Garcia filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging her detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE).  (Dkt. No. 1). On April 29, 2026, the respondents filed a Notice of Intent to Effectuate Transfer, which states that on April 24, 2026, an immigration judge granted the petitioner pre-voluntary departure under safeguards.  (Dkt. No. 10 at 1).  The petitioner waived appeal of the immigration judge's order. (*Id.*).  The immigration judge gave the petitioner until May 18, 2026, to depart the United States voluntarily.  (*Id.* at 2).  The respondents state that "[t]he Department of Homeland Security ("DHS") has informed the undersigned that it is not going to remove Petitioner, but it does anticipate or plan to transfer Petitioner outside of the Houston Division of the Southern District of Texas five (5) days after the date of this filing in order to facilitate Petitioner's voluntary departure." (*Id.*).  The petitioner has not filed a response to the respondents' Notice of Intent to

Effectuate Transfer and review of ICE's *Online Detainee Locator System* indicates that the petitioner is not currently in ICE custody.[1]

Based on the foregoing, the Court **ORDERS** as follows:

1.      This case is **DISMISSED without prejudice**.

2.      Any pending motions are **DENIED** as moot.

The Clerk shall provide a copy of this order to the parties.

It is so ORDERED.

SIGNED on June 5, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

---

[1] The location of a detainee in ICE custody may be found  by searching for the detainee by his A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited June 5, 2026).